IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv410-MU

| | | |
|---|---|---|
| SIEMENS WESTINGHOUSE POWER CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| NORFOLK SOUTHERN RAILROAD COMPANY | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on its own motion.

Summons was issued on 8/14/2006 but was never served. Since time has expired for service, this Court orders Plaintiff Siemens Westinghouse Power Corporation to show cause as to why the case should not be dismissed.

IT IS SO ORDERED.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge