UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
----------------------------------X
SIEMENS WESTINGHOUSE POWER
CORPORATION,
        Plaintiff,

v.                            **DISCONTINUANCE WITH PREJUDICE**

NORFOLK SOUTHERN RAILWAY
COMPANY,                          Docket No. 06 Civ 410
        Defendant.
----------------------------------X

This matter having been settled amicably between the Plaintiff and the Defendant, this action is hereby dismissed with prejudice and without costs to any party.

Dated: March___, 2007
       New York, New York

HILL RIVKINS & HAYDEN LLP        KEENAN COHEN & HOWARD PC
   Attorneys for Plaintiff                Attorneys for Defendant

By: _____       By: _____
James A. Saville, Jr. (JS 4835)        Jeffrey D. Cohen
Kipp C. Leland (KL 0932)              2005 Market Street, Ste. 3520
45 Broadway                            Philadelphia, PA 19103
New York, New York 10006          215-609-1104
212-669-0600

17 April 2007
SO ORDERED:
_____
          U.S.D.J.